## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **SHARINA JONES, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 2:17-cv-13083 |
| : | |
| **HURLEY MEDICAL CENTER** : | |
| **A Domestic Company** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, having stipulated to a Dismissal With Prejudice, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the instant action is dismissed with prejudice.

Dated: February 11, 2019         s/Paul D. Borman
                                 Paul D. Borman
                                 United States District Judge

The parties, through and by undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned matter.

Respectfully submitted this 6th day of February 2019.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburg, Pennsylvania 15213<br>Telephone: (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>***Attorneys for Plaintiff*** | /s/ Anthony Chubb<br>Anthony Chubb<br>Giarmarco, Mullins & Horton, P.C.<br>101 West Big Beaver Road<br>Troy, Michigan 48084-5280<br>Phone: (248) 457-7054<br>Fax: (248) 404-6334<br>Email: achubb@gmhlaw.com<br>***Attorneys for Defendant*** |
| Dated: February 6, 2019 | Dated: February 6, 2019 |